**STATE of Missouri, Respondent,**

v.

**Dayton Eugene DURHAM, Appellant.**

### No. ED 104876

Missouri Court of Appeals, Eastern District, DIVISION ONE.

Filed: October 31, 2017

Ellen H. Flottman, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203, for Appellant.

Joshua D. Hawley, Attorney General, Nathan J. Aquino, Asst. Attorney General,

P. O. Box 899, Jefferson City, MO 65102-0899, for Respondent.

Before Robert G. Dowd, Jr., P.J. and Sherri B. Sullivan and Kurt S. Odenwald, JJ.

## ORDER

Per Curiam

Dayton Durham ("Appellant") appeals from the judgment entered after a jury trial on his convictions for two counts of first-degree statutory sodomy, enticement of a child, first-degree child molestation and first-degree child endangerment. We find no abuse of discretion in the admission of the challenged evidence and affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).